**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUN 26  AM 10: 42

CLERK_____
SO. DIST OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No: 4:19CR66 |
| | ) |
| STEVEN CRONK, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Jack Morris

Downie, counsel for Defendant, for the dates of July 25, 2019 through July 29, 2019. (Doc.

242.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 25th day of June, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA