U.S. DISTRICT COURT
SAVANNAH DIV.

SEP 24  AM 8: 21

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF**
**GEORGIA SAVANNAH DIVISION**

United States of America          Case number:
v.                                4:19-CR-66-7
Steven Cronk

# ORDER GRANTING LEAVE OF ABSENCE

Defendant, **STEVEN CRONK's counsel, JACK MORRIS DOWNIE**, having filed

his Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following

dates: **October 2-3, 2019, October 11-14, 2019, November 08-09, 2019, December 10, 2019**

is **GRANTED.**

This 23rd day of September, 2019.

Christopher L. Ray
United States Magsistrate Judge
Southern District of Georgia